■ In the Matter of GRIDLEY BLDG., INC., Appellant, v. BENJAMIN M. GINGOLD, as Commissioner of Assessment of the City of Syracuse, Respondent. (And 34 Other Similar Proceedings). Memorandum: Upon this record we agree with the result reached by Special Term. (Appeal from order of Onondaga Special Term granting respondent's motion to vacate petitioners' demand that respondent admit a 55% ratio of assessed value to full value for 1960 made pursuant to section 716 of the Real Property Tax Law.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE LEE, Alias GEORGE FOSTER, Respondent.— Order unanimously affirmed. (Appeal by People from order of Onondaga County Court dismissing the indictment charging the defendant with the crime of conspiracy in violation of section 580-a of the Penal Law and crime of extortion.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying a motion to vacate a judgment of conviction on March 16, 1954, without a hearing.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of BARBARA K., Respondent, v. HAROLD M., Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Onondaga Children's Court adjudging defendant to be father of infant male child and directing him to contribute to its support.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS C. BITTNER, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of the crime of grand larceny, first degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SAHA, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of assault, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVANUS PAUL SUPERNAULT, Appellant.— Order unanimously affirmed. (Appeal from order of Oswego County Court denying motion to vacate the judgment of conviction on May 22, 1956.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD C. YOUNG, Appellant.— Memorandum: We do not pass upon the right of the appellant to make an application to withdraw his plea. (Appeal from amended judgment of Chautauqua County Court convicting defendant of the crime of murder, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of the Construction of the Will of FRANK SPATTO, Deceased. ANTHONY SPATTO, Appellant; DOMINICK SPATTO et al., Respondents. — Decree unanimously affirmed, with costs to each party filing a brief payable out of the estate. (Appeal from decree of Herkimer Surrogate's Court construing a will.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.